# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| *v.* | |
| **ROBERT JACKSON** | **NO. 24-400-KSM-1** |

## ORDER

**AND NOW**, this 22nd day of April, 2025, upon consideration of Defendant Robert Jackson's Motion to Suppress (Doc. No. 18), the Government's response in opposition (Doc. No. 22), and the evidence presented and arguments made during the April 9, 2025 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Suppress (Doc. No. 18) is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.